**Paul White WILSON, Plaintiff—
Appellant,**

v.

**PNC BANK, N.A.; Ronald D.
Foxworth, Defendants—
Appellees.**

**Paul White Wilson, Plaintiff—
Appellant,**

v.

**PNC Bank, N.A.; Ronald D. Foxworth,
Defendants—Appellees.**

Nos. 09–1876, 09–2279.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 4, 2010.

Paul White Wilson, Appellant Pro Se. Frank Marshall Wall, Cranfill, Sumner & Hartzog, LLP, Raleigh, North Carolina; Robert Cowan deRosset, IV, Young, Moore & Henderson, PA, Raleigh, North Carolina, for Appellees.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul White Wilson appeals the district court's orders dismissing his civil action and his motion to supplement the record. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilson v. PNC Bank,* No. 5:08–cv–00388–H (E.D.N.C. July 15, 2009 & Oct. 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*